

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:      Anthony Jerome Gilbert  **v.**  The State of Texas

Appellate case number:   01-12-00350-CR

Trial court case number:  15671

Trial court:                    21st District Court of Washington County

Date motion filed:          February 25, 2014

Party filing motion:        Appellant

     It is ordered that the motion for rehearing is **DENIED.**


Judge's signature: /s/ Michael Massengale_____
                    Acting for the Court

Panel consists of: Justices Keyes, Higley, and Massengale

Justice Keyes would grant rehearing.


Date: March 11, 2014_____